| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Direct Diesel, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Prosource Diesel**<br>**DBA Diesel Truck Parts Direct** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4889046** |
| 4. | Debtor's address | **Principal place of business**<br>**4747 Central Way**<br>**Fairfield, CA 94534**<br>Number, Street, City, State & ZIP Code<br><br>**Solano**<br>County | **Mailing address, if different from principal place of business**<br>**2125 Sunhaven Court**<br>**Fairfield, CA 94533**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**4747 Central Way Fairfield, CA 94534**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://prosourcediesel.com & https://tracktechfasteners.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

| Debtor | **Direct Diesel, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Eastern District of Northern California** | When | **2/05/21** | Case number | **2021-20431** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor **Direct Diesel, Inc.**　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
　　☐ No
　　■ Yes.

　　List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Andrew P. Kolonay** | | Relationship | **Principal** |
| District | **Northen District of California** | When | **2/24/21** | Case number, if known | **21-30091** |

11. **Why is the case filed in *this district*?**　*Check all that apply:*
　　☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
　　■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
　　■ No
　　☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　　**Why does the property need immediate attention?** (*Check all that apply.*)
　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　　What is the hazard? _____
　　☐ It needs to be physically secured or protected from the weather.
　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
　　☐ Other _____
　　**Where is the property?** _____
　　　Number, Street, City, State & ZIP Code
　　**Is the property insured?**
　　☐ No
　　☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**　.　*Check one:*
　　■ Funds will be available for distribution to unsecured creditors.
　　☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
　　■ 1-49　　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
　　☐ 50-99　　　　　☐ 5001-10,000　　　　☐ 50,001-100,000
　　☐ 100-199　　　　☐ 10,001-25,000　　　☐ More than100,000
　　☐ 200-999

15. **Estimated Assets**
　　☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
　　☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
　　■ $100,001 - $500,000　　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
　　☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 3

Debtor   **Direct Diesel, Inc.**                                     Case number (*if known*)
                Name

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Direct Diesel, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2021**
MM / DD / YYYY

**X**   **/s/ Andrew Kolonay**        **Andrew Kolonay**
Signature of authorized representative of debtor        Printed name

Title   **Principal**

**18. Signature of attorney**

**X**   **/s/ Arasto Farsad**        Date   **May 17, 2021**
Signature of attorney for debtor        MM / DD / YYYY

**Arasto Farsad 273118**
Printed name

**Farsad Law Office, P.C.**
Firm name

**1625 The Alameda, Suite 525**
**San Jose, CA 95126**
Number, Street, City, State & ZIP Code

Contact phone   **408-641-9966**      Email address   **farsadecf@gmail.com**

**273118 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Direct Diesel, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA**<br>**90096** | | **Business credit card charges** | **Disputed** | | | **$11,100.72** |
| **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA**<br>**90096** | | **Business credit card charges** | **Disputed** | | | **$1,860.02** |
| **Andrew Sokol**<br>**1260 Alberton Circle**<br>**Lincoln, CA 95648** | | **Sales commission agreement** | **Disputed** | | | **$100,000.00** |
| **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE**<br>**19886-5796** | | **Business credit card** | **Disputed** | | | **$30,506.56** |
| **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE**<br>**19886-5796** | | **Business credit card charges** | **Disputed** | | | **$21,037.51** |
| **Brex (MasterCard)**<br>**405 Howard St.**<br>**San Francisco, CA**<br>**94105** | | **Business credit card charges** | **Disputed** | | | **$32,932.48** |
| **Custom Capital Funding**<br>**4747 Central Way**<br>**Fairfield, CA 94534** | | **Merchant Agreement** | **Disputed** | **$100,000.00** | **$0.00** | **$100,000.00** |
| **SBA (through Cross River Bank)**<br>**409 3rd St. SW**<br>**Washington, DC**<br>**20416** | | **SBA PPP LOAN (through Cross River Bank)** | **Disputed** | | | **$66,417.00** |
| **Walter Dahl, Esq.**<br>**2304 N Street**<br>**Sacramento, CA**<br>**95816** | | **Subchapter V Trustee fee from case no. 2021-20431 on February 5, 2021** | | | | **$588.00** |

American Express
PO Box 0001
Los Angeles, CA 90096

Andrew Sokol
1260 Alberton Circle
Lincoln, CA 95648

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

Brex (MasterCard)
405 Howard St.
San Francisco, CA 94105

California Dept. of Tax and Fee Administ
250 South Second St.
San Jose, CA 95113

Celtic Bank - OnDeck
1400 Broadway
New York, NY 10018

Custom Capital Funding
4747 Central Way
Fairfield, CA 94534

EDD
906 Ruff Drive
San Jose, CA 95110

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

SBA (through Cross River Bank)
409 3rd St. SW
Washington, DC 20416

Toyota Commercial Finance
P.O. Box 660926
Dallas, TX 75266

TVT Capital
2125 Sunhaven Ct.
Fairfield, CA 94533

Walter Dahl, Esq.
2304 N Street
Sacramento, CA 95816

West Coast Business Capital, LLC
4747 Central Way
Fairfield, CA 94534

# United States Bankruptcy Court
## Eastern District of California

In re    **Direct Diesel, Inc.**                  Case No.
                             Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Direct Diesel, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 17, 2021** | **/s/ Arasto Farsad** |
| Date | **Arasto Farsad 273118** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Direct Diesel, Inc.** |
| | Farsad Law Office, P.C. |
| | 1625 The Alameda, Suite 525 |
| | San Jose, CA 95126 |
| | 408-641-9966 |
| | farsadecf@gmail.com |